UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGME TECHNOLOGIES, INC.,

    Plaintiff,

v.

GANNETT CO., INC., et al.,

    Defendants.

Civil Action No. 2:11-cv-05193 (CM)

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

Whereas plaintiff / counterclaim-defendant Augme Technologies, Inc., and defendant / counterclaim-plaintiff, Gannett Co., Inc., have informed the Court that they have settled their respective claims for relief asserted in this case, and request a stipulated dismissal,

**IT IS THEREFORE ORDERED** that all claims for relief asserted between Augme Technologies, Inc. and Gannett Co., Inc. are dismissed with prejudice.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated: __April 15__, 2013

_____
Honorable Colleen McMahon
United States District Court Judge